## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| STEVEN STOWE, JR., | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 5:23-CV-00174-CAR |
| GEORGIA POWER COMPANY, | |
| Defendant. | |

### NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Steven Stowe, Jr., by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses this action WITH PREJUDICE.

Respectfully submitted, this __25th__ day of November 2024.

**STACEY EVANS LAW**

**/s/ Stacey G. Evans**
Stacey Godfrey Evans
Georgia Bar No. 298555
Tiffany N. Watkins
Georgia Bar No. 228805
John Amble Johnson
Georgia Bar No. 229112

729 Piedmont Avenue NE
Atlanta, GA 30308
Telephone: 404-850-6750
Facsimile: 404-850-6748
sevans@staceyevanslaw.com
twatkins@staceyevanslaw.com
ajohnson@staceyevanslaw.com

*Counsel for Plaintiff*

**ADAMS LAW FIRM**

**/s/ Brian P. Adams**
Brian P. Adams
Georgia Bar No. 142474
Mary Beth Hand
Georgia Bar No. 322836

598 D.T. Walton Sr. Way
Macon, GA 31201
Telephone: 478-238-0231
Facsimile: 478-216-9188
brian@brianadamslaw.com
mbhand@brianadamslaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** will be served upon all attorneys in this matter via email or by filing with the Court's CM/ECF system, which will automatically e-mail notification of such filing to:

**ALSTON & BIRD, LLP**

Meaghan G. Boyd
meaghan.boyd@alston.com
Douglas S. Arnold
doug.arnold@alston.com
Jenny A. Hergenrother
jenny.hergenrother@alston.com
Lee Ann Anand
leeann.anand@alston.com
Jenny A. Hergenrother
jenny.hergenrother@alston.com
Sara M. Warren
sara.warren@alston.com
Vickie Chung Rusek
vickie.rusek@alston.com

**ROBBINS ALLOY BELINFANTE LITTLEFIELD LLC**

Richard Robbins
rrobbins@robbinsfirm.com
Josh Belinfante
jbelinfante@robbinsfirm.com

**JAMES-BATES-BRANNAN-GROOVER-LLP**

Duke R. Groover
dgroover@jamesbatesllp.com
S. Elizabeth Hall
ehall@jamesbatesllp.com
Amanda M. Morris
amorris@jamesbatesllp.com

This __25th__ day of November 2024.

*/s/ Stacey G. Evans*
Stacey G. Evans